IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BALTIMORE AIRCOIL COMPANY, INC.,  :
:
:
:  Civil No. CCB-13-2053
v.  :
:
SPX COOLING TECHNOLOGIES, INC.  :
:
:

## JURY VERDICT FORM

Ladies and gentlemen of the jury, it is now your duty to answer the questions presented in this verdict form after deliberation. Please answer the questions in the order in which they appear.

### INFRINGEMENT

1. Has Baltimore Aircoil Company proven that it is more likely than not that SPX Cooling Technologies, Inc. directly infringes the following claims of the '782 Patent through its use of the accused MH Fluid Cooler?

|  | YES (For BAC) | NO (For SPX) |
| --- | --- | --- |
| Claim 16 |  | ✓ |
| Claim 21 |  | ✓ |

***INSTRUCTIONS: Please proceed to Question 2.***

1

2. Has Baltimore Aircoil Company proven that it is more likely than not that SPX Cooling Technologies, Inc. has actively induced its customers to infringe the following claims of the '782 Patent?

|  | YES (For BAC) | NO (For SPX) |
|---|---|---|
| Claim 16 |  | ✓ |
| Claim 21 |  | ✓ |
| Claim 22 | ✓ |  |
| Claim 26 | ✓ |  |

*INSTRUCTIONS: Please proceed to Question 3.*

3. Has Baltimore Aircoil Company proven that it is more likely than not that SPX Cooling Technologies, Inc. has contributed to its customers' infringement of the following claims of the '782 Patent?

|  | YES (For BAC) | NO (For SPX) |
|---|---|---|
| Claim 16 |  | ✓ |
| Claim 21 |  | ✓ |
| Claim 22 | ✓ |  |
| Claim 26 | ✓ |  |

*INSTRUCTIONS: Please proceed to Question 4.*

### WILLFUL INFRINGEMENT

4. Has Baltimore Aircoil Company proven that it is more likely than not that SPX Cooling Technologies, Inc.'s infringement of the '782 Patent was willful?

_____          ✓
YES (For BAC)                  NO (For SPX)

*INSTRUCTIONS: Please proceed to Question 5.*

2

## VALIDITY

5. Has SPX Cooling Technologies, Inc. proven by clear and convincing evidence that the following claims of the '782 Patent are invalid as anticipated?

|  | YES (For SPX) | NO (For BAC) |
|---|---|---|
| Claim 16 |  | ✓ |
| Claim 21 |  | ✓ |
| Claim 22 | ✓ |  |
| Claim 26 | ✓ |  |

*INSTRUCTIONS: Please proceed to Question 6 only if you found at least one asserted claim of the '782 patent both indirectly infringed (i.e. a "YES (For BAC)" for Question 2 or 3) and not invalid (i.e. a "NO (For BAC)" for Question 5).*

## DAMAGES

6. What amount of lost profit damages, if any, has BAC proven that it more likely than not would have made but for SPX's infringement of the '782 Patent?

   $ _____0_____

*INSTRUCTIONS: Please sign and date this verdict form below.*

Signed this November 4, 2016

**___ SIGNATURE REDACTED**